RECEIVED

MAY 27 2008

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

IOWA CEDAR RAPIDS

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER *(Tran. Court)* |
|---|
| CR 06-1030-4-LRR |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ARRON SPENCER | Northern District of Iowa | Western |

**08CR    444**

| NAME OF SENTENCING JUDGE |
|---|
| Linda R. Reade |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/17/2007 | TO 10/16/2009 |
|---|---|---|

OFFENSE

18 U.S.C. §§ 922(a), Importing/ Manufacturing Firearms

**JUDGE AMY ST. EVE**

**MAGISTRATE JUDGE MASON**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

*May 21, 2008*
_____
Date

_____
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**JUN - 2 2008**
_____
*Effective Date*

_____
United States District Judge

**FILED**

JUN 0 3 2008 TC

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**