REC'D JUN 19 2008

RECEIVED

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | MAY 27 2008 | 06-1030-4-LRR |
| | U.S. PROBATION OFFICE CHICAGO, ILLINOIS | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ARRON SPENCER | Northern District of Iowa | Western |
| | NAME OF SENTENCING JUDGE | |
| | Linda R. Reade | |
| **08 CR    444** | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/17/2007 | TO 10/16/2009 |

| OFFENSE | |
|---|---|
| 18 U.S.C. §§ 922(a), Importing/ Manufacturing Firearms | **JUDGE AMY ST. EVE**<br><br>**MAGISTRATE JUDGE MASON** |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

FILED

6-27-08

JUN 27 2008

May 21, 2008
Date

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_United States District Judge_

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.

WITNESS my hand and seal of said Court this _24_ day of _June_, 20_08_

Robert L. Phelps, Clerk

**PART 2 - ORDER ACCEPTING JURISDICTION**

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN - 2 2008

_Effective Date_

_United States District Judge_

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, CLERK
BY DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
JUN 0 9 2008
DATE:

# Transfer Documents
## 2:06-cr-01030-LRR USA v. Gant et al **CASE CLOSED on 05/18/2007**

### U.S. District Court

### Northern District of Iowa

## Notice of Electronic Filing

The following transaction was entered on 6/24/2008 at 11:49 AM CDT and filed on 6/19/2008
**Case Name:**        USA v. Gant et al
**Case Number:**      2:06-cr-1030
**Filer:**
**Document Number:** 189

**Docket Text:**
**Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Defendant Arron J Spencer. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # (1) Cover Letter) (de)**

**2:06-cr-1030-4 Notice has been electronically mailed to:**

John Broz johnbroz1944@yahoo.com

Michael M Lindeman lindemanlaw@msn.com

Crystal L Usher crystal.usher@nazmar.com

Martin J McLaughlin marty.mclaughlin@usdoj.gov, usaian.ecfcivcr@usdoj.gov

David E Mullin (Terminated) dmullin@mullinlaverty.com, paulap@mullinlaverty.com

JoAnne Lilledahl (Terminated) joanne_lilledahl@fd.org, angie_mcclain@fd.org, carrie_maas@fd.org, heather_hunter@fd.org

Jane Kelly jane_kelly@fd.org, angie_mcclain@fd.org, carrie_maas@fd.org, heather_hunter@fd.org

Chadwicke L Groover chad.groover@usdoj.gov, usaian.ecfcrimcr@usdoj.gov

**2:06-cr-1030-4 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=6/24/2008] [FileNumber=609552-0]
[b3c437f95781be90a40d8af81c216cad443505700826550b8cd20f26f0108adf8f16
52da2c79509c2deda91949bee0c957cb7c46b50931b9dc477a251bee2a63]]
**Document description:** Cover Letter
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=6/24/2008] [FileNumber=609552-1]
[7c5e92949786beb6022b73a9afae1d9671ca849ed30ac126a33961b4e4fbecf479e6
1b3be5456d0427de2125c790fba18770d0e075a0ceebb32b9c954811ba1b]]

CLOSED

# U.S. District Court
## Northern District of Iowa (Eastern Dubuque)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-01030-LRR All Defendants
## Internal Use Only

Case title: USA v. Gant et al

Date Filed: 06/20/2006
Date Terminated: 05/18/2007

Assigned to: Chief Judge Linda R
Reade
Referred to: Magistrate Judge Jon S
Scoles

The above is a true copy.
ATTEST: Robert L. Phelps, Clerk
By:

### Defendant (1)

**Daniel Lee Campbell**
*TERMINATED: 05/18/2007*

represented by **Casey D Jones** , IA 52401
*TERMINATED: 04/18/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jane Kelly**
Federal Public Defender
320 Third Street, SE
Suite 200
**ECF
Cedar Rapids, IA 52401-1505
319 363 9540
Fax: 363 9542
Email: jane_kelly@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**JoAnne Lilledahl**
Federal Public Defender
320 Third Street, SE
Suite 200
**ECF
Cedar Rapids, IA 52401-1505
319 363 9540

Fax: 319 363 9542
Email: joanne_lilledahl@fd.org
*TERMINATED: 06/26/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                                  **Disposition**

18:922(a)(6) and 2                                  Imprisonment 21 months. Supervised
IMPORTING/MANUFACTURING                             Release 3 years. Special Assessment
FIREARMS w/Forfeiture Allegation                    $100.
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

None

Assigned to: Chief Judge Linda R
Reade
Referred to: Magistrate Judge Jon S
Scoles

**Defendant (2)**

**Robert Samuel Lewis**        represented by   **Michael M Lindeman**
*TERMINATED: 03/27/2007*                        Lindeman Law
                                                828 - 3rd Street, NW
                                                **ECF
                                                Cedar Rapids, IA 52405
                                                319 654 0300
                                                Fax: 654 0301
                                                Email: lindemanlaw@msn.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| | 36-months imprisonment: This term of imprisonment consists of a 36-month term imposed on each Count 1 and 4 with these terms to run concurrently; 3-years supervised release imposed on each Count 1 and 4 with these terms to run concurrently; $200 special assessment |
| 18:922(a)(6) and 2 IMPORTING/MANUFACTURING FIREARMS w/Forfeiture Allegation (1) | |
| 18:922(g)(9) and 924(a)(2) UNLAWFUL TRANSPORT OF FIREARMS, ETC. w/Forfeiture Allegation (4) | 36-months imprisonment: This term of imprisonment consists of a 36-month term imposed on each Count 1 and 4 with these terms to run concurrently; 3-years supervised release imposed on each Count 1 and 4 with these terms to run concurrently; $200 special assessment |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

None

Assigned to: Chief Judge Linda R Reade
Referred to: Magistrate Judge Jon S Scoles

**Defendant (3)**

**Andre C Spencer**              represented by    **Crystal L Usher**
*TERMINATED: 03/26/2007*                          Nazette, Marner, Wendt, Knoll &
                                                  Usher, LLP
                                                  100 First Street SW
                                                  Suite 100
                                                  **ECF

Cedar Rapids, IA 52404
319 364 0124
Fax: 364 1116
Email: crystal.usher@nazmar.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(a)(6) and 2 IMPORTING/MANUFACTURING FIREARMS w/Forfeiture Allegation (1) | 36-months imprisonment; 36-months supervised release; $100 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(a)(2) UNLAWFUL TRANSPORT OF FIREARMS, ETC. w/Forfeiture Allegation (2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Chief Judge Linda R
Reade
Referred to: Magistrate Judge Jon S
Scoles

**Defendant (4)**

**Arron J Spencer**      represented by   **John Broz**
*TERMINATED: 02/27/2007*                              PO Box 113
**ECF
Oakdale, IA 52319
319 393 2600
Fax: 339 4527
Email: johnbroz1944@yahoo.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:922(a)(6) and 2
IMPORTING/MANUFACTURING
FIREARMS w/Forfeiture Allegation
(1)

**Disposition**

18 months imprisonment; 2 years
supervised release; $100 special
assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:922(g)(1) and 924(a)(2)
UNLAWFUL TRANSPORT OF
FIREARMS, ETC. w/Forfeiture
Allegation
(3)

**Disposition**

dismissed

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

Assigned to: Chief Judge Linda R
Reade
Referred to: Magistrate Judge Jon S
Scoles

**Defendant (5)**

**Jana Maxine Gant**
*TERMINATED: 02/28/2007*

represented by **David E Mullin**
Mullin & Laverty, LC
1636 42nd Street NE
**ECF
Cedar Rapids, IA 52402
319 395 9191
Fax: 395 9192
Email: dmullin@mullinlaverty.com
*TERMINATED: 04/23/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(a)(6) and 2 IMPORTING/MANUFACTURING FIREARMS w/Forfeiture Allegation (1) | Imprisonment 10 months. Supervised Release 2 years. Special Assessment $100 (paid). |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA                          represented by **Chadwicke L Groover**
US Attorney's Office
401 First Street, SE
Suite 400
**ECF
Cedar Rapids, IA 52401
319 363 0091
Fax: 363 1990
Email: chad.groover@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin J McLaughlin**
US Attorney's Office
401 First Street, SE
Hach Building, Suite 400
**ECF
Cedar Rapids, IA 52401-1825
319 363 0091
Fax: 363 1990
Email: marty.mclaughlin@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/21/2006 | | Judge update in case as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant. Judge Linda R Reade and John A Jarvey added (ksy,) Modified text to correct Defendants' names on 06/22/2006 (kfs,) (Entered: 06/21/2006) |
| 06/21/2006 | 1 | (Court only) CRIMINAL Cover Sheet by USA as to Defendant Daniel Lee Campbell (USA, USM, USP) (ksy, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2 | (Court only) CRIMINAL Cover Sheet by USA as to Defendant Robert Samuel Lewis (USA, USM, USP) (ksy, ) (Entered: 06/21/2006) |
| 06/21/2006 | 3 | (Court only) CRIMINAL Cover Sheet by USA as to Defendant Andre C Spencer (USA, USM, USP) (ksy, ) Modified text to correct Defendant's name on 06/22/2006 (kfs,) (Entered: 06/21/2006) |
| 06/21/2006 | 4 | (Court only) CRIMINAL Cover Sheet by USA as to Defendant Arron J Spencer (USA, USM, USP) (ksy, ) Modified text to correct Defendant's name on 06/22/2006 (kfs,) (Entered: 06/21/2006) |
| 06/21/2006 | 5 | (Court only) CRIMINAL Cover Sheet by USA as to Defendant Jana Maxine Gant (USA, USM, USP) (ksy, ) Modified text to correct Defendant's name on 06/22/2006 (kfs,) (Entered: 06/21/2006) |
| 06/21/2006 | 6 | SEALED INDICTMENT as to Defendants Daniel Lee Campbell (1) Count 1; Robert Samuel Lewis (2) Count(s) 1, 4; Andre C Spencer (3) Count(s) 1, 2; Arron J Spencer (4) Count(s) 1, 3; Jana Maxine Gant (5) Count 1. (USA, USM, USP) (ksy, ) Modified text to correct Defendants' names on 06/22/2006 (kfs,) (Entered: 06/21/2006) |
| 06/21/2006 | 7 | Praecipe for and Arrest Warrant Issued in case as to Defendant Daniel Lee Campbell. (Attachments: # 1 Arrest Warrant)(ksy, )(USA, USM, USP) (Entered: 06/21/2006) |
| 06/21/2006 | 8 | Praecipe for and Arrest Warrant Warrant Issued in case as to Defendant Robert Samuel Lewis. (Attachments: # 1 Arrest Warrant)(ksy, )(USA, USM, USP) (Entered: 06/21/2006) |
| 06/21/2006 | 9 | Praecipe for and Arrest Warrant Warrant Issued in case as to Defendant Andre C Spencer (Attachment#(1) Arrest Warrant)(ksy, )(USA, USM, USP) Modified text to correct Defendant's name on 06/22/2006 (kfs,) (Entered: 06/21/2006) |
| 06/21/2006 | 10 | Praecipe for and Arrest Warrant Warrant Issued in case as to Defendant Arron J Spencer (Attachment #(1) Arrest Warrant)(ksy, )(USA, USM, USP) Modified text to correct Defendant's name on 06/22/2006 (kfs,) (Entered: 06/21/2006) |

| 06/21/2006 | 11 | Praecipe for and Arrest Warrant Warrant Issued in case as to Defendant Jana Maxine Gant (Attachment #(1) Arrest Warrant)(ksy, )(USA, USM, USP) Modified text to correct Defendant's name on 06/22/2006 (kfs,) (Entered: 06/21/2006) |
| 06/21/2006 | 12 | Order to Seal Case as to Defendants Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Aaron J Spencer, Jana Maxine Gant until arrest of first defendant. Signed by Judge John A Jarvey on 06/21/06. (USA, USM, USP) (ksy, ) Modified text to correct Defendants' names on 06/22/2006 (kfs,) (Entered: 06/21/2006) |
| 06/23/2006 | | (Court only) INDICTMENT UNSEALED as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant, Case unsealed as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant, ***Set/Clear Flags as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant (Stigler, Karo) (Entered: 06/23/2006) |
| 06/23/2006 | 13 | TEXT ORDER (NO DOCUMENT ATTACHED) SETTING HEARINGS as to Defendant Robert Samuel Lewis. Initial Appearance and Arraignment set for 6/23/2006 04:00 PM via ICN before Magistrate Paul A Zoss (nef faxed to FPD, USP, USA, USM). Signed by Judge John A Jarvey on 6/23/06. (Stigler, Karo) (Entered: 06/23/2006) |
| 06/23/2006 | 14 | TEXT ORDER (NO DOCUMENT ATTACHED) SETTING HEARINGS as to Defendants Daniel Lee Campbell, Jana Maxine Gant. Initial Appearances and Arraignments set for 6/23/2006 04:00 PM via ICN before Magistrate Paul A Zoss (nef faxed to USP, USM, USA, FPD). Signed by Judge John A Jarvey on 6/23/06. (Stigler, Karo) (Entered: 06/23/2006) |
| 06/23/2006 | 15 | TRIAL MANAGEMENT ORDER as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Jana Maxine Gant. Jury Trial set for 8/21/2006 09:00 AM in CR 3rd Fl Ct before Judge Linda R Reade. Final Pretrial Conference set for 8/21/2006 08:30 AM in CR 3rd Fl Ct before Judge Linda R Reade. Jury Instructions due by 8/10/2006. Status Conference set for 8/2/2006 12:00 PM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Trial Related Motions due by 8/7/2006. Signed by Judge John A Jarvey on 6/23/06. (Stigler, Karo) (Entered: 06/23/2006) |
| 06/23/2006 | 16 | STIPULATED DISCOVERY ORDER as to Defendant Daniel Lee Campbell. Signed by Judge John A Jarvey on 6/23/06. (Stigler, Karo) (Entered: 06/23/2006) |
| 06/23/2006 | 17 | ORDER Setting Conditions of Release as to Defendant Daniel Lee Campbell (1). Defendant released on Conditions of Release. Signed by Judge Paul A Zoss on 6/23/06. (Stigler, Karo) Additional attachment(s) added on 6/26/2006 (kfs, ). Modified on 6/26/2006 (kfs, ). (Entered: 06/23/2006) |
| 06/23/2006 | 18 | Minute Entry for proceedings held before Judge Paul A Zoss. Initial Appearance and Arraignment as to Defendant Daniel Lee Campbell (1) |

|  |  |  |
|---|---|---|
|  |  | Count 1 held on 6/23/2006. Attorney JoAnne Lilledahl for Defendant and Defendant pleded not guilty. Defendant released on Conditions of Release pending further proceedings. (Stigler, Karo) (Entered: 06/23/2006) |
| 06/23/2006 | 19 | ORDER Setting Conditions of Release as to Defendant Robert Samuel Lewis (2). Defendant Release on Conditions of Release. Signed by Judge Paul A Zoss on 6/23/06. (Stigler, Karo) Additional attachment(s) added on 6/26/2006 (kfs, ). Modified on 6/26/2006 (kfs, ). (Entered: 06/23/2006) |
| 06/23/2006 | 20 | Minute Entry for proceedings held before Judge Paul A Zoss. Initial Appearance and Arraignment as to Defendant Robert Samuel Lewis (2). Counts 1,4 held on 6/23/2006. Attorney JoAnne Lilledahl for defendant, and defendant pleded not guilty. Defendant released on Conditions of Release pending further proceedings. (Stigler, Karo) (Entered: 06/23/2006) |
| 06/23/2006 | 21 | Minute Entry for proceedings held before Judge Paul A Zoss. Initial Appearance and Arraignment as to Defendant Jana Maxine Gant (5) Count 1 held on 6/23/2006 Attorney JoAnne Lilledahl for defendant and defendant pleded not guilty. Defendant released on Conditions of Release pending further proceedings. (Stigler, Karo) Additional attachment(s) added on 6/23/2006 (Stigler, Karo). (Entered: 06/23/2006) |
| 06/23/2006 | 22 | ORDER Setting Conditions of Release as to Defendant Jana Maxine Gant (5). Defendant released on Conditions of Release. Signed by Judge Paul A Zoss on 6/23/06. (Stigler, Karo) Additional attachment(s) added on 6/23/2006 (Stigler, Karo). Additional attachment(s) added on 6/26/2006 (kfs, ). Modified on 6/26/2006 (kfs, ). (Entered: 06/23/2006) |
| 06/24/2006 |  | Terminate Initial Appearances as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Jana Maxine Gant: (Stigler, Karo) (Entered: 06/24/2006) |
| 06/26/2006 | 23 | NOTICE OF ATTORNEY APPEARANCE: Casey D Jones appearing for Defendant Daniel Lee Campbell (Jones, Casey) (Entered: 06/26/2006) |
| 06/26/2006 | 24 | Arrest Warrant Returned Executed on 6/22/2006 in case as to Defendant Robert Samuel Lewis. (mem) (Entered: 06/26/2006) |
| 06/26/2006 | 25 | Arrest Warrant Returned Executed on 6/23/2006 in case as to Defendant Jana Maxine Gant. (mem) (Entered: 06/26/2006) |
| 06/26/2006 | 26 | Arrest Warrant Returned Executed on 6/23/2006 in case as to Defendant Daniel Lee Campbell. (mem) (Entered: 06/26/2006) |
| 06/26/2006 | 27 | CJA 23 Financial Affidavit by Defendant Jana Maxine Gant. (mem) (Entered: 06/26/2006) |
| 06/26/2006 | 28 | NOTICE OF ATTORNEY APPEARANCE: David E Mullin appearing for Defendant Jana Maxine Gant (Mullin, David) (Entered: 06/26/2006) |
| 06/26/2006 | 29 | CJA 23 Financial Affidavit by Defendant Daniel Lee Campbell (mem) (Entered: 06/26/2006) |

| 06/26/2006 | 30 | CJA 23 Financial Affidavit by Defendant Robert Samuel Lewis. (mem) (Entered: 06/26/2006) |
|---|---|---|
| 06/27/2006 | 31 | CJA 20: Appointment of Attorney David E Mullin as to Defendant Jana Maxine Gant. Voucher Number: 46290620489. Signed by FPD Abby Reinap on 6/27/06. Nunc Pro Tunc date 6/26/06. (de) (Entered: 06/27/2006) |
| 06/27/2006 | 32 | CJA 20: Appointment of Attorney Michael M Lindeman as to Defendant Robert Samuel Lewis. Voucher Number: 46290620490. Signed by FPD Abby Reinap on 6/27/06. Nunc Pro Tunc date 6/26/06. (de) (Entered: 06/27/2006) |
| 06/29/2006 | 33 | Arrest Warrant Returned Executed on 06/28/06 in case as to Defendant Andre C Spencer. (ksy, ) (Entered: 06/30/2006) |
| 06/29/2006 | 34 | Arrest Warrant Returned Executed on 06/28/06 in case as to Defendant Arron J Spencer. (ksy, ) (Entered: 06/30/2006) |
| 07/05/2006 | 35 | NOTICE OF ATTORNEY APPEARANCE: Michael M Lindeman appearing for Defendant Robert Samuel Lewis (Lindeman, Michael) (Entered: 07/05/2006) |
| 07/12/2006 | 36 | CJA 23 Financial Affidavit by Defendant Andre C Spencer. (ak, ) (Entered: 07/12/2006) |
| 07/12/2006 | 37 | CJA 23 Financial Affidavit by Defendant Arron J Spencer. (ak, ) (Entered: 07/12/2006) |
| 07/12/2006 | 38 | Rule 5(c)(3) Documents Received from the Southern District of Illinois: Commitment to Another District, Minutes, Waiver of Rule 5 Hearings, Order Appointing Federal Public Defender, Order Temporary Detention, Entry Of Appearance, Minutes of Detention Hearing, Docket Sheet as to Defendant Andre C Spencer, Arron J Spencer. (Attachments: #(1) Letter)(ak, ) Modified on 7/13/2006 to correct typo in text and to note copies to USP (des, ). (Entered: 07/12/2006) |
| 07/12/2006 | | (Court only) LC***Location start as to Defendant Andre C Spencer, Arron J Spencer - Per #38 Rule 5 Documents (des, ) (Entered: 07/13/2006) |
| 07/20/2006 | 39 | ORDER OF TEMPORARY DETENTION as to Defendant Andre C Spencer. Arraignment and Detention Hearing set for 7/24/2006 12:00 PM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Signed by Thomas L. Koehler, Judge, Sixth Judicial District of Iowa on 7/20/06. (copy to FPD, USA, USM, USP)(Stigler, Karo) Modified on 7/20/2006 to add Arraignment and (Stigler, Karo). (Entered: 07/20/2006) |
| 07/20/2006 | 40 | ORDER OF TEMPORARY DETENTION as to Defendant Aaron J Spencer. Arraignment and Detention Hearing set for 7/24/2006 12:00 PM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Signed by Thomas L. Koehler, Judge, Sixth Judicial District of Iowa on 7/20/06. (copy to FPD, USA, USM, USP)(Stigler, Karo) Modified on 7/20/2006 to add Arraignment and (Stigler, Karo). (Entered: 07/20/2006) |

| 07/20/2006 | | Set Hearings as to Defendants Andre C Spencer, Arron J Spencer: Arraignments set for 7/24/2006 12:00 PM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. (Stigler, Karo) (Entered: 07/20/2006) |
|---|---|---|
| 07/20/2006 | 41 | CJA 20: Appointment of Attorney Crystal L Usher for Defendant Andre C Spencer. Voucher Number: 46290620549. Signed by FPD Clerk Abby Reinap on 7/20/06. (mj) (Entered: 07/20/2006) |
| 07/20/2006 | 42 | CJA 20: Appointment of Attorney John Broz for Defendant Arron J Spencer. Voucher Number: 46290620548. Signed by FPD Clerk Abby Reinap on 7/20/06. (mj) (Entered: 07/20/2006) |
| 07/21/2006 | 43 | TEXT ORDER (NO DOCUMENT ATTACHED) RESETTING HEARING as to Defendant Andre C Spencer. At defense counsel's 7/21/2006 oral request, the Detention Hearing is RESET for 8/8/2006 01:30 PM in CR 1st Fl Ct before Chief Magistrate John A Jarvey. Arraignment remains set for 7/24/2006 at 12:00 PM with Atty Richard L. Pazdernik, Jr. appearing on behalf of the Defendant for this proceeding only. Signed by Judge John A Jarvey on 7/21/06. (Stigler, Karo) (Entered: 07/21/2006) |
| 07/21/2006 | 44 | NOTICE OF ATTORNEY APPEARANCE: Crystal L Usher appearing for Defendant Andre C Spencer (Usher, Crystal) (Entered: 07/21/2006) |
| 07/24/2006 | 45 | TEXT ORDER (NO DOCUMENT ATTACHED) RESETTING HEARING as to Defendant Arron J Spencer. Detention Hearing RESET for 8/8/2006 01:30 PM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Signed by Judge John A Jarvey on 7/24/06. (Stigler, Karo) (Entered: 07/24/2006) |
| 07/24/2006 | 46 | STIPULATED DISCOVERY ORDER as to Defendant Andre C Spencer. Signed by Judge John A Jarvey on 7/24/06. (Stigler, Karo) (Entered: 07/24/2006) |
| 07/24/2006 | 47 | STIPULATED DISCOVERY ORDER as to Defendant Arron J Spencer. Signed by Judge John A Jarvey on 7/24/06. (Stigler, Karo) (Entered: 07/24/2006) |
| 07/24/2006 | 48 | TRIAL MANAGEMENT ORDER as to Defendants Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant. Jury Trial FOR ALL DEFENDANTS RESET for 9/18/2006 09:00 AM in CR 3rd Fl Ct before Judge Linda R Reade. Final Pretrial Conference FOR ALL DEFENDANTS RESET for 9/18/2006 08:30 AM in CR 3rd Fl Ct before Judge Linda R Reade. Jury Instructions due by 9/7/2006. Status Hearing FOR ALL DEFENDANTS RESET for 8/30/2006 12:00 PM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Trial Related Motions due by 9/5/2006. Signed by Judge John A Jarvey on 7/24/06. (Stigler, Karo) (Entered: 07/24/2006) |
| 07/24/2006 | 49 | Minute Entry for proceedings held before Judge John A. Jarvey. Arraignment as to Defendant Arron J. Spencer held on 7/24/2006. Attorney John Broz for defendant, and defendant pleaded not guilty to Counts 1 and 3 of June 20, 2006 Indictment. Defendant detained. (Court Reporter FTR |

| | | |
|---|---|---|
| | | Reporter.) (Gibson, Dawn) Modified on 7/26/2006 to add text as to defendant detained (des, ). (Entered: 07/25/2006) |
| 07/24/2006 | 🖼 50 | Minute Entry for proceedings held before Judge John A. Jarvey. Arraignment as to Defendant Andre C. Spencer held on 7/24/2006. Attorney Richard Pazdernik for defendant, and defendant pleaded not guilty to Counts 1 and 2 of the June 20, 2006 Indictment. Defendant detained (Court Reporter FTR Reporter.) (Gibson, Dawn) Modified on 7/26/2006 to add text as to defendant detained (des, ). (Entered: 07/25/2006) |
| 07/25/2006 | 🖼 51 | CJA 23 Financial Affidavit by Defendant Arron J Spencer (ksy, ) (Entered: 07/25/2006) |
| 08/03/2006 | 🖼 52 | TEXT ORDER (NO DOCUMENT ATTACHED) RESETTING HEARINGS as to Defendant Andre C Spencer, Arron J Spencer. Detention Hearings RESET for 8/8/2006 08:00 AM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Signed by Judge John A Jarvey on 8/3/06. (Stigler, Karo) (Entered: 08/03/2006) |
| 08/08/2006 | 🖼 53 | Minute Entry for proceedings held before Judge John A. Jarvey. Detention Hearing as to Defendant Arron J. Spencer held on 8/2/2006. Attorney Broz for defendant. Defendant detained pending further proceedings. (Court Reporter Tracy Lamp.) (Gibson, Dawn) (Entered: 08/08/2006) |
| 08/08/2006 | 🖼 54 | Minute Entry for proceedings held before Judge John A. Jarvey. Detention Hearing as to Defendant Andre C. Spencer held on 8/8/2006. Attorney Crystal Usher for defendant. Defendant detained pending further proceedings. (Court Reporter Tracy Lamp.) (Gibson, Dawn) (Entered: 08/08/2006) |
| 08/08/2006 | 🖼 55 | TEXT ORDER (NO DOCUMENT ATTACHED) TO CONTINUE - Ends of Justice as to Defendant Arron J Spencer. Time excluded from 8/8/06 until 8/10/06. Change of Plea Hearing set for 8/10/2006 03:30 PM in CR 1st Fl Ct before Chief Magistrate John A Jarvey. Signed by Judge John A Jarvey on 8/8/06. (Stigler, Karo) (Entered: 08/08/2006) |
| 08/09/2006 | 🖼 56 | ORDER OF DETENTION as to Defendant Andre C Spencer, Arron J Spencer. Defendants detained pending further proceedings. Signed by Judge John A Jarvey on 8/9/06. (Stigler, Karo) (Entered: 08/09/2006) |
| 08/09/2006 | 🖼 57 | Rule 11 Letter by USA as to Defendant Arron J Spencer (Groover, Chadwicke) (Entered: 08/09/2006) |
| 08/10/2006 | 🖼 58 | REPORT AND RECOMMENDATION to Accept Guilty Plea to Count 1 of the Indictment as to Arron J Spencer. Objections to R&R due by 8/24/2006. Signed by Judge John A Jarvey on 8/10/06. (Stigler, Karo) (Entered: 08/10/2006) |
| 08/10/2006 | 🖼 59 | NOTICE OF CONSENT TO ENTRY of a Plea of Guilty by Defendant Arron J. Spencer. (Gibson, Dawn) (Entered: 08/10/2006) |

https://iand-rep.ecf.res.gtwy.dcn/cgi-bin/DktRpt.pl?3342222939636...

| 08/10/2006 | 60 | Minute Entry for proceedings held before Judge John A. Jarvey. Change of Plea Hearing as to Defendant Arron J. Spencer held on 8/10/2006. Attorney John Broz for defendant, and defendant pleaded guilty to Count 1 of June 21, 2006 Indictment. Defendant detained pending sentencing. (Court Reporter Tracy Lamp.) (Attachments: # 1 Exhibit Plea Agreement) (Gibson, Dawn) (Entered: 08/10/2006) |
| --- | --- | --- |
| 08/10/2006 | 61 | CONSENT TO INSPECTION of Presentence Investigation Report by Defendant Arron J. Spencer. (Gibson, Dawn) (Entered: 08/10/2006) |
| 08/11/2006 | 62 | WAIVER of Objections to Report and Recommendations by Plaintiff USA and Defendant Arron J. Spencer. (Gibson, Dawn) (Entered: 08/11/2006) |
| 08/17/2006 | 63 | ORDER ACCEPTING 58 REPORT AND RECOMMENDATION to Accept Plea of Guilty to Count 1 of the Indictment as to Defendant Arron J Spencer. Signed by Judge Linda R Reade on 8/17/2006. (mem) (Entered: 08/17/2006) |
| 08/18/2006 | 64 | (Court only) SEALED MOTION to Revoke Pre-Trial Release by USA as to Defendant Robert Samuel Lewis. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Groover, Chadwicke) (Entered: 08/18/2006) |
| 08/18/2006 | 65 | TEXT ORDER (NO DOCUMENT ATTACHED) Setting Hearing on Motion as to Defendant Robert Samuel Lewis. 64 SEALED MOTION to Revoke Pre-Trial Release: Motion Hearing set for 8/22/2006 at 02:30 PM CR 2nd Fl Ct for 64 . Signed by Judge John A Jarvey on 8/18/06. (Stigler, Karo) (Entered: 08/18/2006) |
| 08/22/2006 | 66 | TEXT ORDER (NO DOCUMENT ATTACHED) TO CONTINUE - Ends of Justice as to Defendant Robert Samuel Lewis. Time excluded from 8/22/06 until 8/29/06. Change of Plea Hearing set for 8/29/2006 10:30 AM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Signed by Judge John A Jarvey on 8/29/06. (Stigler, Karo) (Entered: 08/22/2006) |
| 08/22/2006 | 67 | TEXT ORDER (NO DOCUMENT ATTACHED) Resetting Hearing on Motion as to Defendant Robert Samuel Lewis. 64 SEALED MOTION to Revoke Pre-Trial Release: Motion Hearing RESET for 8/29/2006 at 10:30 AM CR 2nd Fl Ct for 64 . Signed by Judge John A Jarvey on 8/22/06. (Stigler, Karo) (Entered: 08/22/2006) |
| 08/23/2006 | 68 | NOTICE OF INTENT TO PLEAD GUILTY by Defendant Jana Maxine Gant (Mullin, David) (Entered: 08/23/2006) |
| 08/24/2006 | 69 | TEXT ORDER (NO DOCUMENT ATTACHED) TO CONTINUE - Ends of Justice as to Defendant Jana Maxine Gant. Time excluded from 8/23/06 until 8/29/06. Change of Plea Hearing set for 8/29/2006 09:30 AM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Signed by Judge John A Jarvey on 8/24/06. (Stigler, Karo) (Entered: 08/24/2006) |
| 08/24/2006 | 70 | NOTICE OF INTENT TO PLEAD GUILTY by Defendant Daniel Lee Campbell (Jones, Casey) (Entered: 08/24/2006) |

| 08/24/2006 | 71 | TEXT ORDER (NO DOCUMENT ATTACHED) TO CONTINUE - Ends of Justice as to Defendant Daniel Lee Campbell. Time excluded from 8/24/06 until 8/30/06. Change of Plea Hearing set for 8/30/2006 11:00 AM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Signed by Judge John A Jarvey on 8/24/06. (Stigler, Karo) (Entered: 08/24/2006) |
| --- | --- | --- |
| 08/25/2006 | 72 | NOTICE OF INTENT TO PLEAD GUILTY by Defendant Andre C Spencer (Usher, Crystal) (Entered: 08/25/2006) |
| 08/25/2006 | 73 | TEXT ORDER (NO DOCUMENT ATTACHED) TO CONTINUE - Ends of Justice as to Defendant Andre C Spencer. Time excluded from 8/25/06 until 8/29/06. Change of Plea Hearing set for 8/29/2006 02:30 PM in CR 2nd Fl Ct before Chief Magistrate John A Jarvey. Signed by Judge John A Jarvey on 8/25/06. (Stigler, Karo) (Entered: 08/25/2006) |
| 08/28/2006 | 74 | (Court only) SEALED MOTION to Revoke Pre-Trial Release by USA as to Defendant Jana Maxine Gant. (Attachments: # 1 Exhibit # 2 Exhibit)(Groover, Chadwicke) Modified on 9/7/2006 to terminate motion pursuant to minutes at no. 104 (src). (Entered: 08/28/2006) |
| 08/29/2006 | 75 | Rule 11 Letter by USA as to Defendant Jana Maxine Gant (Groover, Chadwicke) (Entered: 08/29/2006) |
| 08/29/2006 | 76 | Rule 11 Letter by USA as to Defendant Robert Samuel Lewis (Groover, Chadwicke) (Entered: 08/29/2006) |
| 08/29/2006 | 77 | Rule 11 Letter by USA as to Defendant Andre C Spencer (Groover, Chadwicke) (Entered: 08/29/2006) |
| 08/29/2006 | 78 | TEXT ORDER (NO DOCUMENT ATTACHED) Setting Hearing on Motion as to Defendant Jana Maxine Gant. 74 SEALED MOTION to Revoke Pre-Trial Release: Motion Hearing set for 8/29/2006 at 09:30 AM CR 2nd Fl Ct for 74 . Signed by Judge John A Jarvey on 8/29/06. (Stigler, Karo) (Entered: 08/29/2006) |
| 08/29/2006 | 79 | TEXT ORDER (NO DOCUMENT ATTACHED) RESETTING Hearing on Motion as to Defendant Jana Maxine Gant 74 SEALED MOTION to Revoke Pre-Trial Release: Motion Hearing set for 9/5/2006 at 01:00 PM CR 2nd Fl Ct for 74 . Signed by Judge John A Jarvey on 8/29/06. (Stigler, Karo) (Entered: 08/29/2006) |
| 08/29/2006 | 80 | NOTICE OF CONSENT TO ENTRY of a Plea of Guilty by Defendant Jana Maxine Gant. (Gibson, Dawn) (Entered: 08/29/2006) |
| 08/29/2006 | 81 | CONSENT TO INSPECTION of Presentence Investigation Report by Defendant Jana Maxine Gant. (Gibson, Dawn) (Entered: 08/29/2006) |
| 08/29/2006 | 82 | REPORT AND RECOMMENDATION to Accept Guilty Plea to Counts 1 and 4 of the Indictment as to Robert Samuel Lewis. Objections to R&R due by 9/12/2006. Signed by Judge John A Jarvey on 8/29/06. (Stigler, Karo) (Entered: 08/29/2006) |

https://iand-rep.ecf.res.gtwy.dcn/cgi-bin/DktRpt.pl?3342222939636...

| | | |
|---|---|---|
| 08/29/2006 | 83 | Rule 11 Letter by USA as to Defendant Daniel Lee Campbell (Groover, Chadwicke) (Entered: 08/29/2006) |
| 08/29/2006 | 84 | Minute Entry for proceedings held before Judge John A. Jarvey. Change of Plea Hearing as to Defendant Jana Maxine Gant held on 8/29/2006. Motion Hearing to be set on No. 74. Attorney David Mullin for defendant. Defendant released on previously imposed conditions pending further proceedings. (Court Reporter Tracy Lamp) (Attachments: # 1 Exhibit 1 Plea Agreement) (Gibson, Dawn) Modified on 8/30/2006 to add text re motion (src). Modified on 8/30/2006 (Gibson, Dawn). (Entered: 08/29/2006) |
| 08/29/2006 | 85 | REPORT AND RECOMMENDATION to Accept Guilty Plea to Count 1 of the Indictment as to Jana Maxine Gant. Objections to R&R due by 9/12/2006. Signed by Judge John A Jarvey on 8/29/06. (Stigler, Karo) (Entered: 08/29/2006) |
| 08/29/2006 | 86 | ABANDONMENT DECLARATION by Defendant Robert Samuel Lewis. (Stigler, Karo) (Entered: 08/29/2006) |
| 08/29/2006 | 87 | Minute Entry for proceedings held before Judge John A. Jarvey. Change of Plea Hearing as to Defendant Robert Samuel Lewis held on 8/29/2006. Attorney Michael Lindeman for defendant, and defendant pleaded guilty to Counts 1 and 4 of pending Indictment. Defendant detained pending further proceedings. (Court Reporter Tracy Lamp.) (Attachments: # 1 Exhibit 1 Plea Agreement) (Gibson, Dawn) Additional attachment(s) added on 8/29/2006 (Gibson, Dawn). (Entered: 08/29/2006) |
| 08/29/2006 | 88 | DOCKET ANNOTATION: As to defendant Robert Samuel Lewis. Amended Change of Plea minutes attached to this entry and to docket 87. Minutes now reflect Tracy Lamp as Court Reporter. (Gibson, Dawn) Modified on 8/30/2006 to add text, and to link to No. 87 (src). (Entered: 08/29/2006) |
| 08/29/2006 | 89 | NOTICE OF CONSENT TO ENTRY of a Plea of Guilty by Defendant Robert Samuel Lewis. (Gibson, Dawn) (Entered: 08/29/2006) |
| 08/29/2006 | 90 | WAIVER of Objections to Report and Recommendations by Plaintiff USA and Defendant Robert Samuel Lewis. (Gibson, Dawn) (Entered: 08/29/2006) |
| 08/29/2006 | 91 | CONSENT TO INSPECTION of Presentence Investigation Report by Defendant Robert Samuel Lewis. (Gibson, Dawn) (Entered: 08/29/2006) |
| 08/29/2006 | 92 | NOTICE OF CONSENT TO ENTRY of a Plea of Guilty by Defendant Andre C. Spencer. (Gibson, Dawn) (Entered: 08/29/2006) |
| 08/29/2006 | 93 | Minute Entry for proceedings held before Judge John A. Jarvey. Change of Plea Hearing as to Defendant Andre C. Spencer held on 8/29/2006. Attorney Crystal Usher for defendant, and defendant pleaded guilty to Count 1 of June 21, 2006 Indictment. Defendant detained. (Court Reporter Tracy Lamp.) (Attachments: # 1 Exhibit 1 Plea Agreement) (Gibson, Dawn) Modified on 8/30/2006 to add location (src). (Entered: 08/29/2006) |

| 08/29/2006 | 94 | CONSENT TO INSPECTION of Presentence Investigation Report by Defendant Andre C. Spencer. (Gibson, Dawn) (Entered: 08/29/2006) |
| 08/29/2006 | 95 | REPORT AND RECOMMENDATION to Accept Guilty Plea to Count 1 of the Indictment as to Andre C Spencer. Objections to R&R due by 9/12/2006. Signed by Judge John A Jarvey on 8/29/06. (Stigler, Karo) (Entered: 08/29/2006) |
| 08/29/2006 | 96 | WAIVER of Objections to Report and Recommendations by Defendant Andre C Spencer (Stigler, Karo) (Entered: 08/29/2006) |
| 08/30/2006 | | (Court only) ***Motion terminated as to Defendant Robert Samuel Lewis: 64 SEALED MOTION to Revoke Pre-Trial Release filed by USA. Motion terminated pursuant to minutes at docket no. 87. (src) (Entered: 08/30/2006) |
| 08/30/2006 | 97 | NOTICE OF CONSENT TO ENTRY of a Plea of Guilty by Defendant Daniel Lee Campbell. (Gibson, Dawn) (Entered: 08/30/2006) |
| 08/30/2006 | 98 | Minute Entry for proceedings held before Judge John A. Jarvey. Change of Plea Hearing as to Defendant Daniel Lee Campbell held on 8/30/2006. Attorney Casey Jones for defendant. Defendant pleaded guilty to Count 1 of June 21, 2006 Indictment (no plea agreement). Defendant released on previous conditions. (Court Reporter Tracy Lamp.) (Gibson, Dawn) Additional attachment(s) added on 8/30/2006 (Gibson, Dawn). (Entered: 08/30/2006) |
| 08/30/2006 | 99 | REPORT AND RECOMMENDATION to Accept Guilty Plea to Count 1 of the Indictment as to Daniel Lee Campbell. Objections to R&R due by 9/13/2006. Signed by Judge John A Jarvey on 8/30/06. (Stigler, Karo) (Entered: 08/30/2006) |
| 08/30/2006 | 100 | DOCKET ANNOTATION as to Defendant Daniel Lee Campbell. Incorrect minutes docketed at Docket 98. Correct minutes attached to this annotation and to Docket 98. (Gibson, Dawn) (Entered: 08/30/2006) |
| 08/31/2006 | 101 | ORDER ACCEPTING 95 REPORT AND RECOMMENDATION to Accept Plea of Guilty to Count 1 of Indictment as to Defendant Andre C Spencer. Signed by Judge Linda R Reade on 8/31/2006. (mem) (Entered: 08/31/2006) |
| 08/31/2006 | 102 | ORDER ACCEPTING 82 REPORT AND RECOMMENDATION to Accept Plea of Guilty to Counts 1 and 4 of the Indictment as to Defendant Robert Samuel Lewis. Signed by Judge Linda R Reade on 8/31/2006. (mem) (Entered: 08/31/2006) |
| 09/05/2006 | 103 | TEXT ORDER (NO DOCUMENT ATTACHED) RESETTING HEARING as to Defendant Jana Maxine Gant. Bond Revocation Hearing RESET for 9/6/2006 03:00 PM before Magistrate Paul A Zoss via ICN. Signed by Judge John A Jarvey on 9/5/06. (Stigler, Karo) (Entered: 09/05/2006) |
| 09/06/2006 | 104 | Minute Entry for proceedings held before Judge Paul A. Zoss. Bond Revocation Hearing as to Defendant Jana Maxine Gant held on 9/6/2006. Attorney David Mullin for defendant. Sealed motion at docket no. 74 - |

https://iand-rep.ecf.res.gtwy.dcn/cgi-bin/DktRpt.pl?3342222939636...

| | | |
|---|---|---|
| | | denied. Defendant released on previous conditions. (Court Reporter FTR Reporter in SC.) (Gibson, Dawn) Modified on 9/7/2006 to add text re: mtn (src). (Entered: 09/06/2006) |
| 09/07/2006 | 105 | UNRESISTED MOTION for permission to marry by Defendant Arron J Spencer. (Broz, John) (Entered: 09/07/2006) |
| 09/08/2006 | | (Court only) MOTIONS as to Defendant Arron J Spencer REFERRED to Magistrate Judge: 105 UNRESISTED MOTION for permission to marry (des, ) (Entered: 09/08/2006) |
| 09/08/2006 | 106 | ORDER granting 105 UNRESISTED Motion for Permission to Marry as to Arron J Spencer (4). The Linn County Correctional Facility shall permit the defendant to get married under the usual terms and conditions imposed by the jail for such events. Signed by Judge John A Jarvey on 9/8/2006. (mem) (Entered: 09/08/2006) |
| 09/13/2006 | 107 | ORDER ACCEPTING 85 REPORT AND RECOMMENDATION to Accept Plea of Guilty to Count 1 of the Indictment as to Defendant Jana Maxine Gant. Signed by Judge Linda R Reade on 9/13/2006. (mem) (Entered: 09/13/2006) |
| 09/14/2006 | 108 | ORDER ACCEPTING 99 REPORT AND RECOMMENDATION to Accept Plea of Guilty to Count 1 of the Indictment as to Defendant Daniel Lee Campbell. Signed by Judge Linda R Reade on 9/14/2006. (mem) (Entered: 09/14/2006) |
| 10/02/2006 | 109 | MOTION for Preliminary Order of Forfeiture by USA as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant. (McLaughlin, Martin) Modified on 10/3/2006 to take out extra text (src). (Entered: 10/02/2006) |
| 10/02/2006 | | (Court only) ***Staff Note: Proposed Preliminary Order of Forfeiture forwarded to LRR's chambers this date. (mem) (Entered: 10/02/2006) |
| 10/10/2006 | 110 | ORDER OF FORFEITURE OF PROPERTY (see text of order) as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant. Signed by Judge Linda R Reade on 10/10/06. (copies to AUSA) (de) (Entered: 10/10/2006) |
| 10/10/2006 | | (Court only) ***Motions terminated as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant: 109 MOTION for Forfeiture of Property *Motion for Preliminary Order of Forfeiture* filed by USA. - See order filed on 10/10/06. (de) (Entered: 10/10/2006) |
| 10/27/2006 | 111 | (Court only) SEALED MOTION to Revoke Pre-Trial Release by USA as to Defendant Jana Maxine Gant. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Groover, Chadwicke) (Entered: 10/27/2006) |
| 10/30/2006 | | (Court only) ***Staff notes: QC clerk emailed K. Stigler FYI as to #111 Sealed Motion - email verification received. (des, ). (Entered: 10/30/2006) |

| | | |
|---|---|---|
| 10/31/2006 | 112 | TEXT ORDER (NO DOCUMENT ATTACHED) Setting Hearing on Motion as to Defendant Jana Maxine Gant 111 SEALED MOTION to Revoke Pre-Trial Release: Motion Hearing set for 11/9/2006 at 10:00 AM CR 2nd Fl Ct for 111 . Signed by Judge John A Jarvey on 10/31/06. (Stigler, Karo) (Entered: 10/31/2006) |
| 11/09/2006 | 113 | Minute Entry for proceedings held before Judge John A. Jarvey. Motion Hearing as to Defendant Jana Maxine Gant held on 11/9/2006 re 111 SEALED MOTION to Revoke Pre-Trial Release filed by USA. Oral Motion to Amend Conditions of Release in lieu of motion at docket 111. Granted; order to follow. (Court Reporter Tracy Lamp) (Gibson, Dawn) Additional attachment(s) added on 11/16/2006 (mem, ). (Entered: 11/09/2006) |
| 11/09/2006 | 114 | ORDER Setting Conditions of Release as to Defendant Jana Maxine Gant (5) Released on Conditions of Release. Signed by Judge John A Jarvey on 11/9/06. (Stigler, Karo) (Entered: 11/09/2006) |
| 11/09/2006 | | (Court only) ***Motions terminated as to Defendant Jana Maxine Gant: 111 SEALED MOTION to Revoke Pre-Trial Release filed by USA,. (Jarvey, John) (Entered: 11/09/2006) |
| 11/13/2006 | 115 | AMENDED Minute Entry for proceedings held before Judge John A. Jarvey. Motion Hearing as to Defendant Jana Maxine Gant held on 11/9/2006 re 111 SEALED MOTION to Revoke Pre-Trial Release filed by USA. Oral Motion to Amend Conditions of Release in lieu of motion at docket 111. Granted; order to follow. Minutes amended as to date only. (Court Reporter Tracy Lamp) (src) (Entered: 11/13/2006) |
| 11/16/2006 | 116 | DOCKET ANNOTATION as to Defendant Jana Maxine Gant: Corrected minutes have been added to entry 113 and are attached to this entry for service purposes. (mem) (Entered: 11/16/2006) |
| 01/12/2007 | | (Court only) ***Staff Note: Proposed order forwarded to LRR's chambers this date. (mem) (Entered: 01/12/2007) |
| 01/12/2007 | 117 | FINAL ORDER OF FORFEITURE as to Defendant(s) Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant. The property listed herein belonging to these defendants is condemned and forfeited to the USA. The ATF is hereby authorized to dispose of the firearms identified in paragraph 2 of this order. Signed by Judge Linda R Reade on 1/12/07. (3 certified copies to AUSA's Office).(mj) (Entered: 01/12/2007) |
| 01/19/2007 | 118 | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Arron J Spencer (HOUSED SEPARATELY w/Statement of Reasons) (mj) (Entered: 01/19/2007) |
| 01/19/2007 | 119 | SEALED SENTENCING RECOMMENDATION as to Defendant Arron J Spencer. (HOUSED SEPARATELY) (mj) (Entered: 01/19/2007) |
| 01/25/2007 | 120 | ORDER SETTING SENTENCING HEARING as to Defendant Arron J Spencer for 2/20/2007 at 3:00 PM in CR 3rd Fl Ct before Chief Judge Linda |

| | | |
|---|---|---|
| | | R Reade. Signed by Chief Judge Linda R Reade on 1/25/2007. (mem) Text modified on 1/25/2007 to correct defendant's name (mem). (Entered: 01/25/2007) |
| 01/25/2007 | 🖼 | DOCKET ANNOTATION: Order 120 sets sentencing hearing as to Defendant ARRON J SPENCER not Defendant Andre C Spencer. (mem) (Entered: 01/25/2007) |
| 01/25/2007 | 🖼 121 | SENTENCING MEMORANDUM by Defendant Arron J Spencer (Broz, John) (Entered: 01/25/2007) |
| 01/25/2007 | 🖼 | Terminate Sentencing Hearing date in system as to Defendant Andre C Spencer. (mem) (Entered: 01/25/2007) |
| 01/25/2007 | 🖼 | Set Sentencing Hearing as to Defendant Arron J Spencer for 2/20/2007 at 3:00 PM in CR 3rd Fl Ct before Chief Judge Linda R Reade. (mem) (Entered: 01/25/2007) |
| 01/25/2007 | 🖼 122 | SENTENCING MEMORANDUM by USA as to Defendant Arron J Spencer (Groover, Chadwicke) (Entered: 01/25/2007) |
| 01/26/2007 | 🖼 123 | ORDER SETTING HEARING as to Defendant Arron J Spencer. Sentencing set for 2/20/2007 3:00 PM in CR 3rd Fl Ct before Chief Judge Linda R Reade.Signed by Chief Judge Linda R Reade on 1/25/07. This order has been re-docketed to maintain individual docket sheets. (src) (Entered: 01/26/2007) |
| 01/30/2007 | 🖼 124 | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Jana Maxine Gant (HOUSED SEPARATELY w/Statement of Reasons) (de) (Entered: 01/30/2007) |
| 01/30/2007 | 🖼 125 | SEALED SENTENCING RECOMMENDATION as to Defendant Jana Maxine Gant. (HOUSED SEPARATELY) (de) (Entered: 01/30/2007) |
| 01/31/2007 | 🖼 126 | ORDER SETTING SENTENCING HEARING as to Defendant Jana Maxine Gant for 2/28/2007 at 8:00 AM in CR 3rd Fl Ct before Chief Judge Linda R Reade. Signed by Judge Linda R Reade on 1/31/2007. (mem) (Entered: 01/31/2007) |
| 02/08/2007 | 🖼 127 | FILED IN ERROR - SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Arron J Spencer. (mj) Modified text on 2/9/2007 as this entry refers to an incorrect defendant; the correct defendant should be Andre C Spencer and this entry has been redocketed at Entry #129 (mj). (Entered: 02/08/2007) |
| 02/08/2007 | 🖼 128 | SEALED SENTENCING RECOMMENDATION as to Defendant Andre C Spencer. (HOUSED SEPARATELY).(mj) (Entered: 02/08/2007) |
| 02/08/2007 | 🖼 129 | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Andre C Spencer (HOUSED SEPARATELY (w/Statement of Reasons). (Redocketed containing corrected name as prior Entry #127 contained an incorrect defendant). (mj) (Entered: 02/09/2007) |

| 02/09/2007 | | Docket Annotation as to Defendant Andre C Spencer: The Sealed Presentence Investigation Report 127 and Sealed Sentencing Recommendation 128 filed 2/8/07 pertain to Defendant Andre C. Spencer, (Entry #127 incorrectly referenced Arron Spencer and this text has been now updated). (mj) (Entered: 02/09/2007) |
|---|---|---|
| 02/12/2007 | 130 | ORDER SETTING HEARINGS as to Defendant Andre C Spencer. Sentencing set for 3/26/2007 09:00 AM in CR 3rd Fl Ct before Chief Judge Linda R Reade. Signed by Judge Linda R Reade on 2/12/07. (de) (Entered: 02/12/2007) |
| 02/13/2007 | 131 | UNRESISTED MOTION for Extension of Time to File Sentencing Memorandum by Defendant Jana Maxine Gant. (Mullin, David) Modified on 2/15/2007 to edit text (src). (Entered: 02/13/2007) |
| 02/14/2007 | | (Court only) MOTION REFERRED to Magistrate Judge: 131 UNRESISTED MOTION for Extension of Time to File Objections to PSIR as to Defendant Jana Maxine Gant. (mem) (Entered: 02/14/2007) |
| 02/14/2007 | 132 | ORDER granting 131 Defendant's Unopposed Motion for Extension of Time to File Sentencing Memorandum to 2/16/07 as to Jana Maxine Gant (5). Signed by Judge John A Jarvey on 2/14/07. (mj) (Entered: 02/14/2007) |
| 02/16/2007 | 133 | SENTENCING MEMORANDUM by USA as to Defendant Jana Maxine Gant (Groover, Chadwicke) (Entered: 02/16/2007) |
| 02/16/2007 | 134 | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Robert Samuel Lewis (HOUSED SEPARATELY w/Statement of Reasons) (ksy, ) (Entered: 02/16/2007) |
| 02/16/2007 | 135 | SEALED SENTENCING RECOMMENDATION as to Defendant Robert Samuel Lewis. (HOUSED SEPARATELY) (ksy, ) (Entered: 02/16/2007) |
| 02/16/2007 | 136 | SENTENCING MEMORANDUM by Defendant Jana Maxine Gant (Attachments: # 1 Brief Downward Departure/Variance)(Mullin, David) (Entered: 02/16/2007) |
| 02/16/2007 | 137 | ORDER SETTING SENTENCING HEARING as to Defendant Robert Samuel Lewis for 3/27/2007 at 10:00 AM in CR 3rd Fl Ct before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 2/16/2007. (mem) (Entered: 02/16/2007) |
| 02/20/2007 | 138 | SENTENCING MEMORANDUM by Defendant Andre C Spencer (Usher, Crystal) (Entered: 02/20/2007) |
| 02/20/2007 | 139 | Minute Entry for proceedings held before Judge Linda R Reade. Sentencing held on 2/20/2007 as to defendant Arron J Spencer. Defendant detained. (Court Reporter Patrice Murray.) (de) (Entered: 02/21/2007) |
| 02/27/2007 | 140 | JUDGMENT as to Defendant Arron J Spencer (4), Count 1: 18 months imprisonment; 2 years supervised release; $100 special assessment; Count 3, dismissed (certified copies to USP, USM and Financial). Signed by Judge Linda R Reade on 2/27/07. (ksy, ) (Entered: 02/27/2007) |

| 03/27/2007 | | (Court only) ***LC Location start as to Defendant Robert Samuel Lewis. (Pursuant to Sentencing Minutes 165 .) (ak, ) (Entered: 03/28/2007) |
|---|---|---|
| 04/02/2007 | 167 | Judgment Returned Executed as to Defendant Jana Maxine Gant delivered on 3/30/07 to FCI Pekin, IL. (de, ) (Entered: 04/02/2007) |
| 04/02/2007 | | (Court only) ***Location start (LC) as to Defendant Jana Maxine Gant pursuant to judgment returned executed and filed on 4/2/07. (de) (Entered: 04/02/2007) |
| 04/16/2007 | 168 | SUPPLEMENT to 151 Sentencing Memorandum filed by Plaintiff USA as to Defendant Daniel Lee Campbell (Groover, Chadwicke) Modified text on 04/17/2007 (kfs) (Entered: 04/16/2007) |
| 04/17/2007 | 169 | ORDER RESETTING HEARING as to Defendant Daniel Lee Campbell: Sentencing set for 5/10/2007 8:00 AM in CR 3rd Fl Ct before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 4/17/07. (ksy, ) (Entered: 04/17/2007) |
| 04/18/2007 | 170 | NOTICE OF ATTORNEY APPEARANCE: Jane Kelly appearing for Defendant Daniel Lee Campbell (Kelly, Jane) (Entered: 04/18/2007) |
| 04/19/2007 | | (Court only) ***Staff notes - Conflicts check performed pursuant to FPD Jane Kelly's Notice of Appearance at docket no. 170 for defendant Daniel Lee Campbell - no conflicts identified. (src) (Entered: 04/19/2007) |
| 04/20/2007 | 171 | CJA 20 as to Defendant Robert Samuel Lewis: Authorization to Pay Michael M Lindeman. Amount: $2,830.15, Voucher # 46290620490. Signed by Chief Judge Linda R Reade on 4/20/07. (src) Modified on 4/20/2007 to add that attny was faxed a copy. (src) (Entered: 04/20/2007) |
| 04/22/2007 | 172 | MOTION to Withdraw as Attorney *(Representation Concluded)* by David E. Mullin by Defendant Jana Maxine Gant. (Mullin, David) (Entered: 04/22/2007) |
| 04/23/2007 | 173 | ORDER granting 172 Motion to Withdraw as Attorney. David E Mullin withdrawn from case as to Jana Maxine Gant (5). Signed by Judge Jon S Scoles on 4/23/07. (Stigler, Karo) Modified on 4/24/2007 to note QC clerk faxed copy to termed attorney (des, ). (Entered: 04/23/2007) |
| 04/26/2007 | 174 | SUPPLEMENT to 153 Sentencing Memorandum filed by Defendant Daniel Lee Campbell (Attachments: #(1) Defendant's Exhibit G #(2) Brief in Support of Supplemental Sentencing Memo) (Kelly, Jane) Modified text on 04/27/2007 (kfs) (Entered: 04/26/2007) |
| 05/10/2007 | 175 | ORDER OF DETENTION as to Defendant Daniel Lee Campbell: Defendant shall be detained in the custody of US Marshals until such time as Defendant's sentencing hearing can be re-scheduled. Signed by Chief Judge Linda R Reade on 5/10/07. (ksy, ) (Entered: 05/10/2007) |
| 05/11/2007 | 176 | Minute Entry for proceedings held before Chief Judge Linda R Reade. Sentencing NOT held on 5/10/2007 as to defendant Daniel Lee Campbell. Deft held by USM until court can reschedule the hearing. (Court Reporter |

https://iand-rep.ecf.res.gtwy.dcn/cgi-bin/DktRpt.pl?3342222939636...

| | | |
|---|---|---|
| | | Patrice Murray.) (de) Modified on 5/14/2007 to correct text as to date of hearing (des, ). (Entered: 05/11/2007) |
| 05/14/2007 | 177 | ORDER RESETTING HEARING as to Defendant Daniel Lee Campbell. Sentencing is RESET from 5/10/07 to 5/17/2007 at 10:00 AM in CR 3rd Fl Ct before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 5/14/07. (mj) (Entered: 05/14/2007) |
| 05/18/2007 | 178 | Minute Entry with Exhibit and Witness List for proceedings held before Chief Judge Linda R Reade. Sentencing held on 5/17/2007 as to defendant Daniel Lee Campbell. Defendant detained. (Court Reporter-Patrice Murray) (des, ) (Entered: 05/18/2007) |
| 05/18/2007 | 179 | JUDGMENT as to Defendant Daniel Lee Campbell (1), Count(s) 1: Imprisonment 21 months. Supervised Release 3 years. Special Assessment $100. (certified copies to USP, USM and Financial). Signed by Chief Judge Linda R Reade on 5/17/07. (mj) (Entered: 05/18/2007) |
| 07/16/2007 | 180 | Judgment Returned Executed as to Defendant Robert Samuel Lewis delivered on 7/9/07 to FCI-Oxford, WI. (mj) (Entered: 07/16/2007) |
| 07/24/2007 | 181 | Judgment Returned Executed as to Defendant Arron J Spencer delivered on 7/13/07 to FCI Manchester, KY. (lb ) (Entered: 07/24/2007) |
| 08/27/2007 | 182 | (Court only) Sealed Correspondence by Defendant Andre C Spencer. Copy of Defendant's docket sent as requested w/NEF. (ksy, ) (Entered: 08/27/2007) |
| 09/20/2007 | 183 | CJA 20 as to Defendant Andre C Spencer: Authorization to Pay Crystal Usher. Amount: $2033.20, Voucher #46290620549. Signed by Chief Judge Linda R Reade on 9/20/07. (Copy to payee). (mj) (Entered: 09/21/2007) |
| 09/28/2007 | 184 | Judgment Returned Executed as to Defendant Daniel Lee Campbell delivered on 9/24/07 to FCI Oxford, WI. (ksy, ) (Entered: 09/28/2007) |
| 10/30/2007 | 185 | STRICKEN Motion to Alter Judgment by Defendant Arron J Spencer. (Broz, John). Text edited to reflect Stricken pursuant to order at 187 on 11/28/2007 (lb). (Entered: 10/30/2007) |
| 11/02/2007 | 186 | MOTION Clarification re 185 MOTION to Alter Judgment by USA as to Defendant Arron J Spencer. (Groover, Chadwicke) (Entered: 11/02/2007) |
| 11/07/2007 | 187 | ORDER granting 186 the government's motion requesting clarification as to Arron J Spencer (4). The defendant's motion to alter judgment does not contain a brief. Accordingly, the defendant is directed to submit a proper motion by no later than 11/23/07. In event defendant does not comply with this order, the Clerk shall strike from the record the defendant's motion to alter judgment. Signed by Chief Judge Linda R Reade on 11/7/07. (mj) (Entered: 11/07/2007) |
| 11/07/2007 | | Set Deadline as to Defendant Arron J Spencer: Check Status Deadline on 11/23/2007 (for defendant's proper motion to alter judgment, per 187 order). (mj) (Entered: 11/07/2007) |

06/24/2008 11:50 AM

| 11/28/2007 | | (Court only) ***Motions terminated as to defendant Arron J Spencer 185 MOTION to Alter Judgment filed by Arron J Spencer. Motion terminated pursuant to order at 187 . (lb ) (Entered: 11/28/2007) |
|------------|------|------|
| 12/21/2007 | 188 | **SEALED**REQUEST AND ORDER MODIFYING CONDITIONS OF SUPERVISION With Consent of the Offender as to Defendant Jana Maxine Gant. Signed by Chief Judge Linda R Reade on 12/21/07.(USP only) (ksy, ) Modified text on 12/21/2007 (ksy, ). (Entered: 12/21/2007) |
| 06/19/2008 | 189 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Defendant Arron J Spencer. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 Cover Letter) (de) (Entered: 06/24/2008) |

| 02/28/2007 | 141 | Minute Entry w/Exhibit List for proceedings held before Judge Linda R Reade. Sentencing held on 2/28/2007 as to defendant Jana Maxine Gant. Defendant released and shall report to USM on 3/26/07 at 10 AM.(Court Reporter Patrice Murray).(mj) (Entered: 02/28/2007) |
|---|---|---|
| 02/28/2007 | 142 | JUDGMENT as to Defendant Jana Maxine Gant (5), Count 1: Imprisonment 10 months. Supervised Release 2 years. Special Assessment $100 (paid). (certified copies to USP, USM and Financial). Signed by Judge Linda R Reade on 2/28/07. (mj) (Entered: 02/28/2007) |
| 03/01/2007 | 143 | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Daniel Lee Campbell. (HOUSED SEPARATELY w/Statement of Reasons) (de, ) (Entered: 03/01/2007) |
| 03/01/2007 | 144 | SEALED SENTENCING RECOMMENDATION as to Defendant Daniel Lee Campbell. (HOUSED SEPARATELY) (de, ) (Entered: 03/01/2007) |
| 03/02/2007 | 145 | ORDER SETTING SENTENCING HEARING as to Defendant Daniel Lee Campbell for 3/26/2007 at 1:30 PM in CR 3rd Fl Ct before Chief Judge Linda R Reade. Signed by Chief Judge Linda R Reade on 3/2/2007. (mem) (Entered: 03/02/2007) |
| 03/07/2007 | 146 | ORDER REVOKING SELF-SURRENDER PRIVILEGES as to Defendant Jana Maxine Gant. Defendant shall self-surrender to the United States Marshal's office, 101 First Street SE, Cedar Rapids, Iowa, by 5:00 PM on 3/7/2007 or a warrant will issue for her arrest. Signed by Chief Judge Linda R Reade on 3/7/2007. (Copy faxed to USMS & USP). (mem) (Entered: 03/07/2007) |
| 03/07/2007 | 147 | (Court only) SEALED MOTION to Revoke Pre-Trial Release by USA as to Defendant Daniel Lee Campbell. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Groover, Chadwicke) (Entered: 03/07/2007) |
| 03/08/2007 | 148 | CJA 20 as to Defendant Jana Maxine Gant: Authorization to Pay David Mullin. Amount: $ 2824.51, Voucher # 46290620489. Signed by Judge Linda R Reade on 03/08/07. Copy to payee. (ksy, ) (Entered: 03/09/2007) |
| 03/12/2007 | 149 | SENTENCING MEMORANDUM by USA as to Defendant Robert Samuel Lewis (Groover, Chadwicke) (Entered: 03/12/2007) |
| 03/12/2007 | 150 | SENTENCING MEMORANDUM by USA as to Defendant Andre C Spencer (Groover, Chadwicke) (Entered: 03/12/2007) |
| 03/12/2007 | 151 | SENTENCING MEMORANDUM by USA as to Defendant Daniel Lee Campbell (Groover, Chadwicke) (Entered: 03/12/2007) |
| 03/12/2007 | 152 | SENTENCING MEMORANDUM by Defendant Robert Samuel Lewis (Lindeman, Michael) (Entered: 03/12/2007) |
| 03/12/2007 | 153 | SENTENCING MEMORANDUM by Defendant Daniel Lee Campbell (Jones, Casey) Additional attachment(s) added on 3/13/2007 (kfs, ). Additional attachment(s) added on 3/15/2007 (kfs, ). (Entered: 03/12/2007) |

https://iand-rep.ecf.res.gtwy.dcn/cgi-bin/DktRpt.pl?3342222939636...

| 03/12/2007 | 154 | MOTION for Downward Departure *& Variance* by Defendant Daniel Lee Campbell. (Jones, Casey) Additional attachment(s) added on 3/13/2007 (kfs, ). Additional attachment(s) added on 3/15/2007 (kfs, ). (Entered: 03/12/2007) |
|---|---|---|
| 03/12/2007 | 155 | THIS DOCUMENT HAS BEEN ADDED AS AN ATTACHMENT TO 153 AND 154 - Brief filed by Defendant Daniel Lee Campbell RE: 153 Sentencing Memorandum - RE: 154 Motion for Downward Departure and Variance (Attachment #(1) Exhibit) (Jones, Casey) Modified text on 03/13/2007 (kfs) (Entered: 03/12/2007) |
| 03/13/2007 | 156 | ORDER Setting Hearing on Motion as to Defendant Daniel Lee Campbell. 147 SEALED MOTION to Revoke Pre-Trial Release: Motion Hearing set for 3/21/2007 at 11:00 AM CR 2nd Fl Ct for 147 . Signed by Judge John A Jarvey on 3/13/07. (Stigler, Karo) Modified text on 3/16/2007. (mj) (Entered: 03/13/2007) |
| 03/15/2007 | 157 | THIS DOCUMENT HAS BEEN ADDED AS AN ATTACHMENT TO 153 AND 154 - SUPPLEMENTAL BRIEF filed by Defendant Daniel Lee Campbell RE: 153 Sentencing Memorandum - RE: 154 Motion for Downward Departure and Variance (Attachment #(1) Exhibit) (Jones, Casey) Modified text on 03/15/2007 (kfs) (Entered: 03/15/2007) |
| 03/16/2007 | | Docket Annotation re 156 Order Setting Hearing on Motion as to Defendant Daniel Lee Campbell filed 3/13/07: The text of this entry has been corrected to read: Motion Hearing set for 11:00 AM on 3/21/2007 (text error reflected the year 2000). (mj) Modified on 3/19/2007 linking to original motion 147 (ak, ). (Entered: 03/16/2007) |
| 03/19/2007 | | Case as to Defendant Daniel Lee Campbell, Robert Samuel Lewis, Andre C Spencer, Arron J Spencer, Jana Maxine Gant Reassigned to Judge Jon S Scoles. Judge John A Jarvey no longer assigned to the case. (jkh) (Entered: 03/19/2007) |
| 03/19/2007 | 158 | DOCKETED IN ERROR AS TO INCORRECT DEFENDANT CJA 20 as to Defendant Aaron Spencer: Authorization to Pay John Broz. Amount: $ 2327.60, Voucher # 46290620548. Signed by Judge Linda R Reade on 3/19/07. (faxed to payee) (de) Modified on 3/20/2007 to clarify that filing is docketed in the incorrect defendant's case. Clerk will refile in Aaron's case. (ak, ). (Entered: 03/19/2007) |
| 03/19/2007 | | (Court only) MOTIONS as to Defendant Daniel Lee Campbell REFERRED to Magistrate Judge: 147 SEALED MOTION to Revoke Pre-Trial Release (jkh) (Entered: 03/19/2007) |
| 03/20/2007 | | Docket Annotation re 158 CJA 20 - Authorization to Pay as to Defendant Andre C Spencer: the CJA20 as to Aaron Spencer was docketed in the incorrect defendant's case. Clerk will refile document to Aaron Spencer's case. (ak, ) (Entered: 03/20/2007) |

| 03/20/2007 | 📷 159 | CJA 20 as to Defendant Arron J Spencer: Authorization to Pay John F. Broz; Amount: $2327.60, Voucher # 46290620548. (NEF to Attorney Broz.) Signed by Judge Linda R Reade on 03/19/07. (ak, ) (Entered: 03/20/2007) |
| --- | --- | --- |
| 03/21/2007 | 📷 160 | Minute Entry for proceedings held before Judge Jon S Scoles. Motion Hearing as to Defendant Daniel Lee Campbell held on 3/21/2007 re 147 SEALED MOTION to Revoke Pre-Trial Release filed by USA. 147 SEALED MOTION to Revoke Pre-Trial Release, denied. (Court Reporter Tracy Lamp.) (Attachments: #(1) Witness/Exhibit List) (de) Modified on 3/21/2007 (de). (Entered: 03/21/2007) |
| 03/21/2007 | 📷 161 | ORDER on Petition for Revocation of Pretrial Release at 147 is DENIED as to Defendant Daniel Lee Campbell. Signed by Judge Jon S Scoles on 3/21/07. (mj) (Entered: 03/21/2007) |
| 03/26/2007 | 📷 162 | Minute Entry for proceedings held before Chief Judge Linda R Reade. Sentencing held on 3/26/2007 as to Defendant Andre C Spencer. Defendant detained. (Court Reporter Patrice Murray.) (ksy, ) (Entered: 03/26/2007) |
| 03/26/2007 | 📷 163 | JUDGMENT as to Defendant Andre C Spencer (3), Count 1: 36-months imprisonment; 36-months supervised release; $100 special assessment. Count 2: Dismissed. (certified copies to USP, USM and Financial) . Signed by Chief Judge Linda R Reade on 3/26/07. (ksy, ) (Entered: 03/26/2007) |
| 03/26/2007 | | (Court only) ***Staff Note: Conflict check done pursuant to the addition of Magistrate Judge Jon S Scoles - No conflicts identified (kfs) (Entered: 03/26/2007) |
| 03/26/2007 | 📷 164 | Minute Entry for proceedings held before Chief Judge Linda R Reade: Sentencing held on 3/26/2007 as to defendant Daniel Lee Campbell. Sentencing continued to 4/17/07 at 9:00 AM. (Court Reporter Patrice Murray.) (ksy, ) (Entered: 03/27/2007) |
| 03/26/2007 | 📷 | Set Hearing as to Defendant Daniel Lee Campbell: Continued Sentencing set for 4/17/2007 9:00 AM in CR 3rd Fl Ct before Chief Judge Linda R Reade per docket #164. (ksy, ) (Entered: 03/27/2007) |
| 03/27/2007 | 📷 165 | Minute Entry for proceedings held before Chief Judge Linda R Reade: Sentencing held on 3/27/2007 as to defendant Robert Samuel Lewis. Defendant detained. (Court Reporter Patrice Murray.) (ksy, ) (Entered: 03/27/2007) |
| 03/27/2007 | 📷 166 | JUDGMENT as to Defendant Robert Samuel Lewis (2), Count(s) 1 and 4: 36-months imprisonment: This term of imprisonment consists of a 36-month term imposed on each Count 1 and 4 with these terms to run concurrently; 3-years supervised release imposed on each Count 1 and 4 with these terms to run concurrently; $200 special assessment (certified copies to USP, USM and Financial) . Signed by Chief Judge Linda R Reade on 3/27/07. (ksy, ) (Entered: 03/27/2007) |
| 03/27/2007 | | (Court only) ***Clear CLOSED Flag as to Defendant Andre C Spencer. One defendant is still pending. (ksy, ) (Entered: 03/27/2007) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 06-85  *1030* |
| ) | |
| Plaintiff,  ) | **COUNT 1:** |
| vs.  ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 922(a)(6) |
| DANIEL LEE CAMPBELL,  ) | |
| ROBERT SAMUEL LEWIS,  ) | **COUNTS 2 and 3:** |
| ANDRE C. SPENCER,  ) | 18 U.S.C. § 922(g)(1) |
| ARRON J. SPENCER, and  ) | 18 U.S.C. § 924(a)(2) |
| JANA MAXINE GANT,  ) | |
| ) | **COUNT 4:** |
| Defendants.  ) | 18 U.S.C. § 922(g)(9) |
| ) | 18 U.S.C. § 924(a)(2) |

I, the undersigned Clerk of the United States District
Court for the Northern District of Iowa, do certify that
the foregoing is a true copy of an original document
remaining on file and record in my office.
WITNESS my hand and seal of said Court
this _24_ day of _June_, 20_08_
Robert L. Phelps, Clerk
By _____
Deputy

### INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about May 16, 2005, in the Northern District of Iowa, defendants DANIEL

LEE CAMPBELL, ROBERT SAMUEL LEWIS, ANDRE C. SPENCER, ARRON J.

SPENCER, and JANA MAXINE GANT in connection with the acquisition of firearms,

that is, a Hi-Point, model C9 9 millimeter pistol, serial number P1238596; a Hi-Point,

model JCP .40 calber pistol, serial number X714663; a Hi-Point, model JHP .380

caliber pistol, serial number P785883; a Hi-Point, model JHP .45 caliber pistol, serial

number X406686; and a Hi-Point, model CP 9 millimeter pistol, serial number P227259

from Tony's Jewelry and Loan, Dubuque, Iowa, a licensed dealer, did knowingly and

unlawfully provide false statements and aid, abet, counsel, command, induce or

procure the knowing and unlawful providing of false statements to Tony's Jewelry and

Loan, a federal firearms licencee, which statements were likely to deceive Tony's Jewelry and Loan as to facts material to the lawfulness of the sale of the firearms to GANT under chapter 44 of Title 18 of the United States Code, in that GANT represented that she was the true purchaser of the firearms, when in fact, as GANT well knew, she was not the true purchaser of the firearms and the true purchasers were DANIEL LEE CAMPBELL, ROBERT SAMUEL LEWIS, ANDRE C. SPENCER, and ARRON J. SPENCER.

This was in violation of Title 18, United States Code, Sections 2 and 922(a)(6).

## COUNT 2

Between on or about May 16, 2005, and on or about June 20, 2006, in the Northern District of Iowa, the defendant, ANDRE C. SPENCER, having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, to wit:

> Manufacture/Delivery of Cocaine on November 5, 2001, in the Circuit Court of Cook County, Illinois, case number 01CR0604201;
>
> Manufacture/Delivery of Marijuana on November 18, 2003, in the Circuit Court of Cook County, Illinois, case number 02CR3071401;
>
> Possession of Cannabis on November 18, 2003, in the Circuit Court of Cook County, Illinois, case number 03CR1610801;

did knowingly possess in and affecting commerce a firearm, to wit: a Hi-Point, model CP 9 millimeter pistol, serial number P227259.

This is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

2

## COUNT 3

Between on or about May 16, 2005, and on or about June 28, 2005, in the Northern District of Iowa, the defendant, ARRON J. SPENCER, having been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, to wit:

> Possession of a Controlled Substance on November 5, 1997, in the Circuit Court of Cook County, Illinois, case number 97CR2423601;

> Possession of a Controlled Substance on May 11, 2004, in the Circuit Court of Cook County, Illinois, case number 03CR1757801;

did knowingly possess in and affecting commerce a firearm, to wit: a Hi-Point, model JHP .45 caliber pistol, serial number X406686.

This is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

Between on or about May 16, 2005, and on or about June 28, 2005, in the Northern District of Iowa, the defendant, ROBERT SAMUEL LEWIS, having been previously convicted of a misdemeanor crime of domestic violence, to wit:

> Domestic Abuse Assault While Causing Bodily Injury on April 4, 2005, in the Iowa District Court for Dubuque County, Iowa, case number SRCR49240;

did knowingly possess in and affecting commerce a firearm, to wit: a Hi-Point, model C9 9 millimeter pistol, serial number P1238596.

This is in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

3

## FORFEITURE ALLEGATION

By virtue of having committed the acts specified in Counts 1 through 4 of this Indictment, defendants, ROBERT SAMUEL LEWIS, ANDRE C. SPENCER, ARRON J. SPENCER, and JANA MAXINE GANT, shall forfeit to the United States any firearms or ammunition involved in or used in the knowing violation of Title 18, United States Code, Sections 922(a)(6), 922(g)(1) or 922(g)(9), including but not limited to the firearms listed above.

This pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

Foreman

_____6-20-06_____
Date

CHARLES W. LARSON, SR.
United States Attorney

By: *Chadwick L. Groover*

CHADWICKE L.GROOVER
Special Assistant United States Attorney

4

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
    Sheet 1

# United States District Court

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **V.** | |
| **ARRON J. SPENCER** | Case Number: **CR 06-1030-4-LRR** |
| | USM Number: **07579-025** |

John F. Broz, Attorney at Law
Defendant's Attorney

**THE DEFENDANT:**

■ pleaded guilty to count(s) **1 of the four-count 06/21/2006 Indictment**

❏ pleaded nolo contendere to count(s) _____
which was accepted by the court.

❏ was found guilty on count(s) _____
after a plea of not guilty.

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court this _29_ day of _June_, 20_08_
Robert L. Phelps, Clerk
By _____
Deputy

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 2 and 922(a)(6) | Aiding and Abetting the Providing of a False Statement to a Federal Firearms Licensee | 05/16/2005 | 1 |

The defendant is sentenced as provided in pages 2 through ____6____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

❏ The defendant has been found not guilty on count(s) _____

■ Count(s) **3 of the Indictment**    ■ is  ❏ are    dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material change in economic circumstances.

**February 20, 2007**
Date of Imposition of Judgment

Signature of Judicial Officer

**Linda R. Reade**
**Chief U.S. District Court Judge**
Name and Title of Judicial Officer

_February 27, 2007_
Date

Judgment — Page ___2___ of ___6___

DEFENDANT:    **ARRON J. SPENCER**
CASE NUMBER:    **CR 06-1030-4-LRR**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **18 months on Count 1 of the Indictment**.

■    The court makes the following recommendations to the Bureau of Prisons:
**That the defendant be designated to a Bureau of Prisons facility as close to his family as possible, commensurate with his security and custody classification needs.**

■    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment - Page ___3___ of ___6___

DEFENDANT:    **ARRON J. SPENCER**
CASE NUMBER:    **CR 06-1030-4-LRR**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:**2 years on Count 1 of the Indictment**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

■ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | |
|---|---|
| DEFENDANT: | **ARRON J. SPENCER** |
| CASE NUMBER: | **CR 06-1030-4-LRR** |

Judgment Page ___4___ of ___6___

## SPECIAL CONDITIONS OF SUPERVISION

1) The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the Court and implemented by the U.S. Probation Office.

2) The defendant shall submit to a search of his person, residence, adjacent structures, office or vehicle, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the residence or vehicle may be subject to searches pursuant to this condition. This condition may be invoked with or without the assistance of law enforcement, including the U.S. Marshal Service.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment · Page __5__ of __6__

DEFENDANT:        ARRON J. SPENCER
CASE NUMBER:      CR 06-1030-4-LRR

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100 | $ 0 | $ 0 |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |

☐   Restitution amount ordered pursuant to plea agreement   $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐   the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

| | | |
|---|---|---|
| DEFENDANT: | **ARRON J. SPENCER** | Judgment — Page ___6___ of ___6___ |
| CASE NUMBER: | **CR 06-1030-4-LRR** | |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  ■  Lump sum payment of $ __100__ due immediately, balance due

  ☐  not later than _____ , or
  ☐  in accordance with    ☐ C,  ☐ D,  ☐ E,  or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,     ☐ D, or    ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

■  The defendant shall forfeit the defendant's interest in the following property to the United States:
  **As set forth in the Order of Forfeiture entered on October 10, 2006, Document No. 110.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.